IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY DEWAIN JONES**  **PLAINTIFF**
**ADC #155278**

V.  CASE NO. 4:19-cv-00867 JM

**CRYSTAL TAYLOR,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE